355 P.2d 679

Harry D. SMITH, Petitioner,

v.

Felix RODRIGUEZ and Harold A. Cox, The People of the State of New Mexico, Respondents.

No. 6775.

Supreme Court of New Mexico.

May 13, 1960.

McGHEE, Chief Justice, and COMPTON, CARMODY, MOISE and CHAVEZ, Justices, concurring.

Ordered that the petition for writ of habeas corpus and petition for writ of mandamus filed herein be and they are hereby denied as being moot.

355 P.2d 679

Namon TANNER, Petitioner,

v.

STATE DISTRICT COURT and Sheriff OF BERNALILLO COUNTY at Albuquerque, New Mexico, and State of New Mexico and the State District Attorney, Paul W. Robinson, for Bernalillo County at Albuquerque, New Mexico, Respondents.

No. 6782.

Supreme Court of New Mexico.

May 23, 1960.

Ordered that petitioner be and he is hereby granted free process in this Court; and

Ordered that the petition for writ of mandamus be and the same is hereby denied.